# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.92.208.65,<br><br>  Defendant. | Case Number: 4:22-cv-05072-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE  (as modified)** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for December 6, 2022, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until March 24, 2023 to effectuate service of a summons and Complaint on Defendant and the Telephonic nitial Case Management Conference currently scheduled for December 6, 2022 is continued to April 25, 2023 at 2:00 p.m.

**DONE AND ORDERED**.

Dated:  _12/6/2022_          By: _/s/ Haywood S. Gilliam, Jr._
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference                              Case No. 4:22-cv-05072-HSG